Ryan C. Squire, SBN 199473
(rsquire@garrett-tully.com)
Jennifer R. Slater, SBN 216207
(jslater@garrett-tully.com)
GARRETT & TULLY, P.C.
225 S. Lake Avenue, Suite 1400
Pasadena, CA 91101-4869
Telephone: (626) 577-9500
Facsimile: (626) 577-0813

Attorneys for Defendants Pacifica First National, Inc.

CLOSED



FILED
CLERK, U.S. DISTRICT COURT
APR 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA SPIRTOS and MICHELLE SPIRTOS,<br><br>Plaintiffs,<br><br>vs.<br><br>AVI BENENFELD; BENMAR SERVICES, INC.; LOAN EX FUNDING; MONEY U.S.A., INC.; PACIFICA MORTGAGE FUND, LLC; PACIFICA FIRST NATIONAL, INC.; RACHEL YANG,<br><br>Defendants. | CASE NO. SA CV 08-0937 DDP (CWx)<br>(Honorable Dean D. Pregerson)<br><br>[PROPOSED] JUDGMENT RE AWARDING ATTORNEYS' FEES AND COSTS AGAINST MICHELLE SPIRTOS IN THE AMOUNT OF $2,000<br>(LINK to 118)<br><br>DATE: March 8, 2010 |

On March 9, 2010, Judge Dean D. Pregerson granted defendant and cross-complainant Pacifica First National, Inc.'s motion to expunge the lis pendens and for an award of attorneys' fees against plaintiff Michelle Spirtos in the amount of $2,000. Specifically, Judge Pregerson ordered Ms. Spirtos to pay $2,000 in attorneys' fees to Garrett & Tully, P.C., counsel for Pacifica First National, Inc., within 30 days of entry of order. Judge Pregerson signed the order on March 9, 2010. This amount remains unpaid.

The Court hereby ORDERS, ADJUDGES AND DECREES that:

Defendant and cross-complainant Pacifica First National, Inc. shall have and take judgment against Michelle Spirtos (aka Michelle Eardley) as follows:

    a.    The principal amount of $2,000 (two thousand dollars); and

    b.    Pre-judgment interest at the rate of ten percent (10%) per annum on $2,000 from April 8, 2010 (deadline for payment of attorneys' fees and costs pursuant to court order) to April 19, 2010 (entry of judgment).

DATED: APR 19 2010

/s/ Dean D. Pregerson
Hon. Dean D. Pregerson
United States District Judge

2